UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SACCO & FILLAS, LLP,

                Plaintiff(s),

       -against-

TD BANK, N.A.,

                Defendant(s).
-------------------------------------------------------------------X

Case No.: 1:24-cv-07398

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Morris J. Schlaf, Esq. as counsel in this case for Plaintiff, SACCO & FILLAS, LLP. I certify that I am admitted to practice in this court.

Dated: Astoria, New York
       October 28, 2024

                                **SACCO & FILLAS, LLP**

                     By:   /s/ Morris J. Schlaf
                            Morris J. Schlaf, Esq.
                            *Attorneys for Plaintiff*
                            31-19 Newtown Avenue
                            Seventh Floor
                            Astoria, New York 11102
                            T: (718) 269-2226
                            F: (718) 425-9656
                            mschlaf@saccofillas.com