

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | NELSON STEWART | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8767 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 253 4037 | PITTSBURGH |
| LOS ANGELES | E-MAIL: NMStewart@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | SOUTH JERSEY |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

October 31, 2024

**BY ECF**:
The Clerk of the Court
United States District Court
for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
Courtroom 820

    **Re: Sacco & Fillas LLP v. TD Bank, N.A., Case No. 1:24-cv-07398-RML**

To the Clerk of the Court:

   This firm represents defendant TD Bank, N.A. ("**TD Bank**") in the above referenced matter, which has been assigned to Magistrate Judge Robert M. Levy under the Court's two-year pilot program set forth in Administrative Order No. 2023-23 ("**Administrative Order**"). The Parties have not consented to proceeding before Magistrate Judge Levy and we write, pursuant Paragraph 4 of the Administrative Order, to advise that TD Bank intends to file a motion seeking dismissal of Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6). Accordingly, we respectfully request assignment of this case to a District Judge so that we may proceed with presenting the Motion to Dismiss. Thank you for your consideration.

               Respectfully submitted,

               Nelson Stewart

NMS
cc: Luigi Brandimarte, Esq. (counsel for Sacco & Fillas, LLP )
   Morris J. Schlaf. Esq. (counsel for Sacco & Fillas, LLP)

DUANE MORRIS LLP
230 PARK AVENUE, SUITE 1130  NEW YORK, NY 10169-0079    PHONE: +1 212 818 9200  FAX: +1 212 818 9606