UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SACCO & FILLAS, LLP,

                Plaintiff(s),

      -against-

TD BANK, N.A.,

                Defendant(s).
------------------------------------------------------------------------X

Case No.: 1:24-cv-07398

**STIPULATION OF VOLUNTARY DISMISSAL**

To the Clerk of the Court and all parties of record:

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Dated: Astoria, New York
       January 17, 2025

_____
**By: Morris J. Schlaf, Esq.**
**SACCO & FILLAS, LLP**
Attorneys for Plaintiff
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102
(718) 269-2226
mschlaf@saccofillas.com

Dated: New York, New York
       January 17, 2025

_____
**By: Nelson M. Stewart, Esq.**
**DUANE MORRIS LLP**
Attorneys for Defendant
230 Park Avenue
Suite 1130
New York, New York 10169
(212) 404-8767
nmstewart@duanemorris.com